UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>QUINCY WARREN HERNANDEZ,<br><br>                Defendant. | CASE NO. 2:22-cr-43<br><br>ORDER DENYING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE |

      This matter comes before the Court on Defendant Quincy Warren Hernandez's Motion for Early Termination of Supervised Release. Dkt. No. 5. The Court may, "after considering the factors set forth in [18 U.S.C. § 3553(a),] . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court enjoys "discretion to consider a wide range of circumstances when determining whether to grant early termination." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014).

      Defendant has performed well under supervision and his progress, including his strides towards becoming a certified electrician and community service are to be commended. Notably,

ORDER DENYING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE - 1

he has not violated any of the terms of his supervised release. But given the nature of his offense and that he has served only eighteen months of his 10-year term of supervised release, the Court finds that Defendant's request is premature.

If Defendant continues to perform well under supervision, the Court encourages Defendant to re-petition the Court for early termination of supervised release in March 2024. The Government has indicated its support for an early termination if Defendant successfully completes two years without violating the terms of his supervision. Dkt. No. 7 at 4 ("If Hernandez continues to comply with the terms of his supervision, the government would support the termination of his supervision at that time.").

Accordingly, the Court DENIES Defendant's Motion for Early Termination of Supervised Release.

Dated this 29th day of September, 2023.

Jamal N. Whitehead
United States District Judge

ORDER DENYING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE - 2