JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-043-JNW |
| Plaintiff, | |
| v. | ORDER TERMINATING SUPERVISED RELEASE |
| QUINCY WARREN HERNANDEZ, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Renewed Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Hernandez's supervised release is warranted by the conduct of Mr. Hernandez and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Hernandez shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 20th day of March, 2024.

Jamal N. Whitehead
United States District Judge

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Hernandez*, CR22-043-JNW)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100